NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1324

MAXWELL TECHNOLOGIES, INC.,

Plaintiff-Appellee,

v.

NESSCAP, INC. and NESSCAP CO., LTD.,

Defendants-Appellants.

Appeal from the United States District Court for the Southern District of California in case no. 06-CV-2311, Judge John A. Houston.

ON MOTION

## O R D E R

The court having received no response to its March 19, 2009 order,

IT IS ORDERED THAT:

The motion to vacate the preliminary injunction is denied and the case is remanded to the United States District Court for the Southern District of California so that the district court may consider whether to vacate the preliminary injunction, due to settlement.

FOR THE COURT

APR 23 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 23 2009

JAN HORBALY
CLERK

cc:   David C. Doyle, Esq.
      George W. Neuner, Esq.
s8